UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALVIN JANKLOW, Derivatively on Behalf of TESLA, INC., <br><br>*Plaintiff*, <br>v. <br><br>ELON MUSK, ROBYN DENHOLM, KIMBAL MUSK, IRA EHRENPREIS, JAMES MURDOCH, LAWRENCE J. ELLISON, KATHLEEN WILSON-THOMPSON, HIROMICHI MIZUNO, ANTONIO J. GRACIAS, STEPHEN T. JURVETSON, BRAD W. BUSS, and LINDA JOHNSON RICE, <br><br>*Defendants*, <br><br>-and- <br><br>TESLA, INC., a Delaware Corporation, <br><br>*Nominal Defendant*. | No. 1:22–cv-00611 |

ORDER FOR ADMINISTRATIVE CLOSURE

The matter before the Court is the Motion to Consolidate entered in this case on July 22, 2022. (Dkt. # 7.) In light of the consolidation with the lead case, **1:22-cv-00592**, the Court hereby orders that the instant case be **ADMINISTRATIVELY CLOSED** on the docket of this Court.

**IT IS SO ORDERED.**

**DATE:** Austin, Texas, May 15, 2023.

_____
David Alan Ezra
Senior United States District Judge

1